IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ANTHONY L. COOPER,

    Plaintiff,

v.                                        4:16cv569–WS/CAS

SEAN CHAMBERLAIN, and
MARGRETTE MORGAN,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 7) docketed November 1, 2016. The magistrate judge recommends that the plaintiff's case be dismissed for failure to prosecute and to comply with an order of the court. The plaintiff has filed no objections to the magistrate judge's report and recommendation.

Having reviewed the magistrate judge's report and recommendation, this court has determined that the magistrate judge's report and recommendation should be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 7) is hereby ADOPTED and incorporated by reference into this order.

2. The plaintiff's complaint and this action are DISMISSED for failure to prosecute and to comply with an order of the court.

3. The clerk shall enter judgment stating: "This action is dismissed."

DONE AND ORDERED this   7th   day of   December  , 2016.


                    s/ William Stafford
                    WILLIAM STAFFORD
                    SENIOR UNITED STATES DISTRICT JUDGE